# Exhibit 1

# United States of America
## United States Patent and Trademark Office

# RAGUPEL

**Reg. No. 6,501,829**

**Registered Sep. 28, 2021**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Hong Li  (CHINA INDIVIDUAL)
No.39,xiaoya Village Street
Nanya Town,jian'ou City
Fujian Province, CHINA 353100

CLASS 3: Cosmetics; Lipsticks; Mascara; Perfumes; Shampoos; Adhesives for affixing false hair; Adhesives for affixing false nails; Bath salts, not for medical purposes; Beauty masks; Breath freshening sprays; Cosmetic creams; Cosmetic pencils; Cosmetic preparations for skin care; Cosmetics for animals; Essential oils; Eyebrow pencils; Facial cream; False nails; Hair color removers; Hair dyes; Hair lotions; Hair spray; Lipstick cases; Make-up removing preparations; Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Pre-moistened cosmetic wipes; Scented wood; Skin cream; Washing-up liquids

FIRST USE 11-7-2020; IN COMMERCE 11-7-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-401,213, FILED 12-22-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058, 1141k.  If  the  declaration  is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an   Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods  for  filing  are  based  on  the  U.S.  registration  date  (not  the  international  registration  date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal  applications  at  the  USPTO.  Instead,  the  holder  must  file  a  renewal  of  the  underlying  international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid  Protocol,  before  the  expiration  of  each  ten-year  term  of  protection,  calculated  from  the  date  of  the international  registration.  See  15  U.S.C.  §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions  of  protection,  you  can  file  the  registration  maintenance  documents  referenced  above  online  at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE |
|---|---|---|

**Back to Search**     Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-11-24 01:58:55 EST |
| **Mark:** | RAGUPEL |

# RAGUPEL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90401213 | **Application Filing Date:** | Dec. 22, 2020 |
| **US Registration Number:** | 6501829 | **Registration Date:** | Sep. 28, 2021 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Sep. 28, 2021 |
| **Publication Date:** | Jul. 13, 2021 |

## ▼ Mark Information

▼ Expand All

| | |
|---|---|
| **Mark Literal Elements:** | RAGUPEL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## ▼ Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Cosmetics; Lipsticks; Mascara; Perfumes; Shampoos; Adhesives for affixing false hair; Adhesives for affixing false nails; Bath salts, not for medical purposes; Beauty masks; Breath freshening sprays; Cosmetic creams; Cosmetic pencils; Cosmetic preparations for skin care; Cosmetics for animals; Essential oils; Eyebrow pencils; Facial cream; False nails; Hair color removers; Hair dyes; Hair lotions; Hair spray; Lipstick cases; Make-up removing preparations; Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Pre-moistened cosmetic wipes; Scented wood; Skin cream; Washing-up liquids |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Nov. 07, 2020 | **Use in Commerce:** | Nov. 07, 2020 |

## ▲ Basis Information (Case Level)

## ▼ Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | THE GALLEON GUILD LTD |
| **Owner Address:** | FLAT 6 BUSH HOUSE<br>BERBER PARADE<br>LONDON UNITED KINGDOM SE18 4GB |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED COMPANY | **State or Country Where Organized:** | CHINA |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

Feedback